# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:    SCHEDULE OF HOLIDAYS    :  No. 581 Judicial Administration Docket
            FOR YEAR  2024 FOR STAFFS:
            OF THE APPELLATE COURTS :
            AND THE ADMINISTRATIVE   :
            OFFICE OF PENNSYLVANIA   :
            COURTS                 :

## ORDER

**PER CURIAM**:

        **AND NOW**, this 12th day of December, 2022, it is hereby ordered that the following paid holidays for calendar year 2024 will be observed on the dates specified below by all employees of the appellate courts and the Administrative Office of Pennsylvania Courts:

| | | |
|---|---|---|
| January | 01, 2024 | New Year's Day |
| January | 15, 2024 | Martin Luther King, Jr. Day |
| February | 19, 2024 | Presidents' Day |
| March | 29, 2024 | Good Friday |
| May | 27, 2024 | Memorial Day |
| June | 19, 2024 | Juneteenth |
| July | 04, 2024 | Independence Day |
| September | 02, 2024 | Labor Day |
| October | 14, 2024 | Columbus Day |
| November | 11, 2024 | Veterans' Day |
| November | 28, 2024 | Thanksgiving Day |
| November | 29, 2024 | Day after Thanksgiving |
| December | 25, 2024 | Christmas Day |